# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

VENUS YAMASAKI, *individually and on behalf of all others similarly situated,*

Plaintiff,

v.

ZICAM LLC, and MATRIXX INITIATIVES, INC.,

Defendants.

CASE NO.:

**DECLARATION OF ALEX R. STRAUS PURSUANT TO CALIFORNIA LEGAL REMEDIES ACT § 1780(d)**

## DECLARATION OF ALEX R. STRAUS

I, Alex R. Straus, declare as follows:

1.   I am an attorney with the law firm Greg Coleman Law PC, counsel for Plaintiff Venus Yamasaki. I am admitted to practice law in California and before this Court and I am a member in good standing of the State Bar of California.

2.   This declaration is made pursuant to California Civil Code section 1780(d).

3.   I have personal knowledge of the matters set forth below except to those matters stated herein which are based on information and belief, which matters I believe to be true.

4.   If called as a witness, I could and would competently testify to the matters included herein.

5.   Plaintiff Venus Yamasaki is a resident of Daly City, California.

6.   I am informed and believe that venue is proper in this Court under Civil Code 1780(d) because the Defendant is doing business in this District, and a substantial portion of the transaction at issue occurred in this District.

I declare under penalty of perjury under the laws of California and the United States that the foregoing is true and correct, and that this declaration was executed on April 8, 2021 in Los Angeles County, California.

Alex R. Straus (SBN 321366)