Reset Form

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VENUS YAMASAKI, <br><br> Plaintiff(s), <br><br> v. <br><br> ZICAM LLC, et al., <br><br> Defendant(s). | Case No: 4:21-cv-02596-HSG <br><br> **APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE;** ORDER <br> (CIVIL LOCAL RULE 11-3) |

I, Rachel L. Soffin, an active member in good standing of the bar of Florida and Georgia, hereby respectfully apply for admission to practice *pro hac vice* in the Northern District of California representing: Plaintiff Venus Yamasaki in the above-entitled action. My local co-counsel in this case is Alex R. Straus, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.

| MY ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S ADDRESS OF RECORD: |
|---|---|
| GREG COLEMAN LAW PC; 800 S. Gay Street, Suite 1100, Knoxville, TN 37929 | GREG COLEMAN LAW PC; 16748 McCormick Street, Los Angeles, CA 91436 |
| MY TELEPHONE # OF RECORD: | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD: |
| (865) 247-0080 | (917) 471-1894 |
| MY EMAIL ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD: |
| rachel@gregcolemanlaw.com | alex@gregcolemanlaw.com |

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 18054 and 255074.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

*I declare under penalty of perjury that the foregoing is true and correct.*

Dated: 06/02/21

Rachel L. Soffin
APPLICANT

# ORDER GRANTING APPLICATION
# FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of Rachel L. Soffin is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: 6/2/2021

*Haywood S. Gill Jr.*
UNITED STATES DISTRICT ~~MAGISTRATE~~ JUDGE

# Supreme Court of Florida
## Certificate of Good Standing

I, JOHN A. TOMASINO, Clerk of the Supreme Court of the State of Florida, do hereby certify that

**RACHEL LYNN SOFFIN**

was admitted as an attorney and counselor entitled to practice law in all the Courts of the State of Florida on **OCTOBER 27, 2005**, is presently in good standing, and that the private and professional character of the attorney appear to be good.



WITNESS my hand and the Seal of the Supreme Court of Florida at Tallahassee, the Capital, this **MAY 25, 2021**.

_____
Clerk of the Supreme Court of Florida



## State Bar of Georgia
*Lawyers Serving the Public and the Justice System*

Ms. Rachel Lynn Soffin
Greg Coleman Law PC
800 S Gay Street Suite 1100
Knoxville, TN  37929

**CURRENT STATUS:** Active Member-Good Standing
**DATE OF ADMISSION:** 09/18/2008
**BAR NUMBER:** 255074
**TODAY'S DATE:** 05/26/2021

The prerequisites for practicing law in the State of Georgia are as follows:

- **Certified by the Office of Bar Admissions, either by Exam, or on Motion (Reciprocity).**
- **Sworn in to the Superior Court in Georgia, highest court required to practice law in Georgia.**
- **Enrolled with the State Bar of Georgia, arm of the Supreme Court of Georgia.**

This member is currently in **"good standing"** as termed and defined by **State Bar Rule 1-204**. The member is current in license fees and is not suspended or disbarred as of the date of this letter.

### STATE BAR OF GEORGIA

*Brinda Lovvorn*

**Official Representative of the State Bar of Georgia**

**HEADQUARTERS**
104 Marietta St. NW, Suite 100
Atlanta, GA 30303-2743
404-527-8700 · 800-334-6865
Fax 404-527-8717
www.gabar.org

**COASTAL GEORGIA OFFICE**
18 E. Bay St.
Savannah, GA 31401-9910
912-239-9910 · 877-239-9910
Fax 912-239-9970

**SOUTH GEORGIA OFFICE**
244 E. 2nd St. (31794)
P.O. Box 1390
Tifton, GA 31793-1390
229-387-0446 · 800-330-0446
Fax 229-382-7435