Jonathan B. Cohen*
**MILBERG COLEMAN BRYSON**
**PHILLIPS GROSSMAN, PLLC**
800 S. Gay Street, Suite 1100
Knoxville, TN 37929
T: (865) 247-0080
F: (865) 522-0049
jcohen@milberg.com

*Attorney for Plaintiff*

*[Names and addresses of additional Counsel for Plaintiff on Signature Page]*

# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA
# OAKLAND DIVISION

| | |
|---|---|
| VENUS YAMASAKI, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>ZICAM LLC, and MATRIXX INITIATIVES, INC.,<br><br>Defendants. | Case No.: 4:21-cv-02596-HSG<br><br>**STIPULATION AND ORDER REGARDING TIME FOR PLAINTIFF TO RESPOND TO CHURCH & DWIGHT CO., INC.'S MOTION TO DISMISS AND FOR CHURCH & DWIGHT CO., INC. TO REPLY IN FURTHER SUPPORT**<br><br>Complaint Filed: April 9, 2021<br>First Amended Complaint Filed: June 10, 2021 |

Pursuant to Civil L.R. 6-2 and 7-12, the parties, though their undersigned counsel who are authorized to enter into this stipulation on their behalf, hereby stipulate and agree to a deadline by which Plaintiff Venus Yamasaki ("Plaintiff") shall file her opposition to the Motion to Dismiss (ECF No. 37), and by which Church & Dwight Co., Inc. shall file a reply in support of its Motion to Dismiss.

WHEREAS Plaintiff filed an Amended Complaint in this matter on June 10, 2021 (ECF No. 30);

WHEREAS Church & Dwight Co., Inc. filed a Motion to Dismiss on July 14, 2021 (ECF No. 37);

WHEREAS Plaintiff's opposition to the Motion to Dismiss is currently due July 28, 2021;

1     WHEREAS Church & Dwight Co., Inc.'s reply in support of its Motion to Dismiss is currently due August 4, 2021;

3     WHEREAS Plaintiff requested a two-week extension to oppose the Motion to Dismiss due to intervening deadlines in counsel's other cases, as well as the unavailability of counsel due to previously scheduled travel plans;

6     WHEREAS Church & Dwight Co., Inc. does not object to Plaintiff's requested extension, but the resulting deadline for Church & Dwight Co., Inc.'s reply in further support of its Motion to Dismiss would conflict with its in-house and outside counsel's own previously scheduled travel plans and work conflicts;

10     WHEREAS the parties therefore stipulated to an extension of time for Plaintiff to oppose the Motion to Dismiss until August 11, 2021, and for Church & Dwight Co., Inc. to reply in support of its Motion to Dismiss until September 1, 2021;

13     WHEREAS the parties have previously stipulated to extend the time for defendant to respond to the initial complaint (ECF No. 18) and for plaintiff to file an amended complaint (ECF No. 25), but the parties have not previously requested any time modifications in this case concerning the pending motion to dismiss;

17     WHEREAS the parties do not expect the requested time modification to adversely impact the schedule for the case, which has not yet been set; and

19     WHEREAS the parties request the court continue the August 19, 2021 hearing date for the Motion to Dismiss to October 7, 2021, the Court's first available law and motion date per its Scheduling Notes.

22     **NOW THEREFORE**, the parties through their undersigned counsel, hereby (1) stipulate and agree that Plaintiff shall file her opposition to the Motion to Dismiss by August 11, 2021, and Church & Dwight Co., Inc. shall reply in support of its Motion to Dismiss by September 1, 2021; and (2) request that the Court reset the hearing date for the motion to dismiss for October 7, 2021.

**STIPULATION AND ORDER REGARDING TIME FOR PLAINTIFF TO RESPOND TO CHURCH & DWIGHT CO., INC.'S MOTION TO DISMISS AND FOR CHURCH & DWIGHT CO., INC. TO REPLY IN FURTHER SUPPORT (CASE NO. 4:21-cv-02596-HSG)**

| | | |
|---|---|---|
| 1 | Dated:  July 21, 2021 | Respectfully submitted, |
| 2 | **PROSKAUER ROSE LLP** | **MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN PLLC** |
| 3 | | |
| 4 | By: /s/ *Jennifer L. Jones*<br>Bart H. Williams (SBN 134009) | By: /s/ *Jonathan B. Cohen*<br>Rachel L. Soffin* |
| 5 | Jennifer L. Jones (SBN 284624)<br>2029 Century Park East, Suite 2400 | Jonathan B. Cohen*<br>800 S. Gay Street, Suite 1100 |
| 6 | Los Angeles, CA 90067<br>Telephone: (310) 557-2900 | Knoxville, TN 37929<br>T: (865) 247-0080 |
| 7 | Facsimile: (310) 557-2193 | F: (865) 533-0049 |
| 8 | bwilliams@proskauer.com<br>jljones@proskauer.com | rsoffin@milberg.com<br>jcohen@milberg.com |
| 9 | Baldassare Vinti* | |
| 10 | Jeffrey H. Warshafsky*<br>11 Times Square | **MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN PLLC** |
| 11 | New York, NY 10036 | |
| 12 | Telephone: (212) 969-3000<br>Facsimile: (212) 969-2900 | Alex R. Straus (SBN 321366)<br>280 Beverly Hills Drive |
| 13 | bvinti@proskauer.com<br>jwarshafsky@proskauer.com | Penthouse<br>Beverly Hills, CA 90212 |
| 14 | | T: 917-471-1894 |
| 15 | *Admitted *Pro Hac Vice*<br>*Attorneys for Defendants* | astraus@milberg.com |
| 16 | | **MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN PLLC** |
| 17 | | Dan Bryson*<br>Sarah Spangenburg** |
| 18 | | 900 W. Morgan Street<br>Raleigh, NC 27603 |
| 19 | | T: (919) 600-5000 |
| 20 | | F: (919) 600-5035<br>dbryson@milberg.com |
| 21 | | sspangenburg@milberg.com |
| 22 | | **BARBAT MANSOUR SUCIU & TOMINA PLLC** |
| 23 | | Nick Suciu III** |
| 24 | | 6905 Telegraph Rd., Suite 115<br>Bloomfield Hills, MI 48301 |
| 25 | | T: (313) 303-3472<br>nicksuciu@bmslawyers.com |
| 26 | | |
| 27 | | *Attorneys for Plaintiff*<br>* *Pro hac vice* admission |
| 28 | | ** *Pro hac vice* forthcoming |

**STIPULATION AND ORDER REGARDING TIME FOR PLAINTIFF TO RESPOND TO CHURCH & DWIGHT CO., INC.'S MOTION TO DISMISS AND FOR CHURCH & DWIGHT CO., INC. TO REPLY IN FURTHER SUPPORT (CASE NO. 4:21-cv-02596-HSG)**

## FILER'S ATTESTATION

I, Jonathan B. Cohen, am the ECF user whose identification and password are being used to file the Stipulation Regarding Time for Plaintiff to Respond to Church & Dwight Co. Inc.'s Motion to Dismiss and for Church & Dwight Co. Inc. to Reply in Support. In compliance with Local Rule 5-1(i)(3), I hereby attest that all signatories hereto concur in this filing.

By: /s/ Jonathan B. Cohen
Jonathan B. Cohen

## ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED

DATED: 7/22/2021

_____
THE HONORABLE HAYWOOD S. GILLIAM, JR.
United States District Court Judge

---

**STIPULATION AND ORDER REGARDING TIME FOR PLAINTIFF TO RESPOND TO CHURCH & DWIGHT CO., INC.'S MOTION TO DISMISS AND FOR CHURCH & DWIGHT CO., INC. TO REPLY IN FURTHER SUPPORT (CASE NO. 4:21-cv-02596-HSG)**