Reset Form

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

VENUS YAMASAKI, )
 ) Case No: 4:21-cv-02596-HSG
　　　　　Plaintiff(s), )
 ) **APPLICATION FOR**
v. ) **ADMISSION OF**
 ) **ATTORNEY PRO HAC VICE;**
ZICAM LLC, et al., ) **ORDER**
 ) (CIVIL LOCAL RULE 11-3)
　　　　　Defendant(s). )

I, Nick Suciu, III, an active member in good standing of the bar of Michigan, hereby respectfully apply for admission to practice *pro hac vice* in the Northern District of California representing: Plaintiff Venus Yamasaki in the above-entitled action. My local co-counsel in this case is Alex R. Straus, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.

| My address of record: | Local co-counsel's address of record: |
|---|---|
| MILBERG, 6905 Telegraph Rd., Suite 115, Bloomfield, MI 48301 | MILBERG, 280 S. Beverly Drive, Penthouse Beverly Hills, CA 90212 |
| My telephone # of record: | Local co-counsel's telephone # of record: |
| (313) 303-3472 | (865) 247-0080 |
| My email address of record: | Local co-counsel's email address of record: |
| nsuciu@milberg.com | astraus@milberg.com |

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: P72052.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

*I declare under penalty of perjury that the foregoing is true and correct*.

Dated: 10/05/21                              Nick Suciu, III
                                             APPLICANT

# ORDER GRANTING APPLICATION
# FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of Nick Suciu, III is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: 10/13/2021                            /s/ Haywood S. Gill, Jr.
                                             UNITED STATES DISTRICT JUDGE

*PRO HAC VICE* APPLICATION & ORDER                                     *October 2012*

