Alex R. Straus (SBN 321366)
**MILBERG COLEMAN BRYSON**
**PHILLIPS GROSSMAN, PLLC**
280 Beverly Drive
Beverly Hills, CA 90212
astraus@milberg.com

*Attorney for Plaintiff*

*[Names and addresses of additional Counsel for Plaintiff on Signature Page]*

**PROSKAUER ROSE LLP**

Bart H. Williams (SBN 134009)
Jennifer L. Jones (SBN 284624)
2029 Century Park East, Suite 2400
Los Angeles, CA 90067
T: (310) 557-2900
F: (310) 557-2193
bwilliams@proskauer.com
jljones@proskauer.com

Baldassare Vinti (*pro hac vice*)
Jeffrey H. Warshafsky (*pro hac vice*)
11 Times Square
New York, NY 10036
T: (212) 969-3000
F: (212)969-2900
bvinti@proskauer.com
jwarshafsky@proskauer.com

*Attorneys for Defendant*

## UNITED STATES DISTRICT COURT
### FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VENUS YAMASAKI, individually and on behalf of all others similarly situated,<br><br>    Plaintiff,<br><br>v.<br><br>ZICAM LLC, and MATRIXX INITIATIVES, INC.,<br><br>                    Defendants. | Case No.: 4:21-cv-02596-HSG<br><br>**JOINT STIPULATION FOR VOLUNTARY DISMISSAL PURSUANT TO FED. R. CIV. P.  41(a)(1)(A)(ii)** |

1    Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff Venus

2   Yamasaki and Defendants Zicam LLC and Matrixx Initiatives, Inc. ("Defendants"), by and through

3   their respective counsel of record, hereby stipulate and agree to a voluntary dismissal of Plaintiff

4   Yamasaki's individual claims asserted against Defendants in the above-captioned matter *with*

5   *prejudice,* and the claims of the putative class asserted against Defendants in the above-captioned

6   matter *without prejudice*.  Each party shall bear its own attorney's fees and costs.

7

8    Dated:  December 6, 2021                    Respectfully submitted,

9

10                                               */s/ Rachel Soffin*
                                                **MILBERG COLEMAN BRYSON**
                                                **PHILLIPS GROSSMAN, PLLC**
11                                              Jonathan B. Cohen*
                                                Rachel L. Soffin*
12                                              800 S. Gay Street, Suite 1100
                                                Knoxville, TN 37929
13                                              T: (865) 247-0080
                                                F: (865) 533-0049
14                                              jcohen@milberg.com
15                                              rsoffin@milberg.com

16                                              **MILBERG COLEMAN BRYSON**
17                                              **PHILLIPS GROSSMAN, PLLC**
                                                Alex Straus
18                                              280 Beverly Drive
                                                Beverly Hills, CA 90212
19                                              astraus@milberg.com

20                                              **MILBERG COLEMAN BRYSON**
21                                              **PHILLIPS GROSSMAN, PLLC**
                                                Dan Bryson**
22                                              Sarah Spangenburg**
                                                900 W. Morgan Street
23                                              Raleigh, NC 27603
                                                T: (919) 600-5000
24                                              F: (919) 600-5035
25                                              dbryson@milberg.com
                                                sspangenburg@milberg.com
26

27                                              **BARBAT  MANSOUR  SUCIU  &  TOMINA**
                                                **PLLC**
28

Nick Suciu III**
6905 Telegraph Rd., Suite 115
Bloomfield Hills, MI 48301
Telephone: (313) 303-3472
nicksuciu@bmslawyers.com

*Attorneys for the Plaintiff*

**Pro hac vice* admission
***Pro hac vice* forthcoming


/s/ Baldassare Vinti

Bart H. Williams (SBN 134009)
Jennifer L. Jones (SBN 284624)
**PROSKAUER ROSE LLP**
2029 Century Park East, Suite 2400
Los Angeles, CA 90067
T: (310) 557-2900
F: (310) 557-2193
bwilliams@proskauer.com
jljones@proskauer.com

Baldassare Vinti (*pro hac vice*)
Jeffrey H. Warshafsky (*pro hac vice*)
**PROSKAUER ROSE LLP**
11 Times Square
New York, NY 10036
T: (212) 969-3000
F: (212)969-2900
bvinti@proskauer.com
jwarshafsky@proskauer.com

*Attorneys for Defendant*